**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7643**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY D. HAWKS,

Defendant - Appellant.

———————————

**No. 00-7721**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY D. HAWKS,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-94-206-S, CA-00-3386-S)

———————————

Submitted: April 27, 2001          Decided: May 17, 2001

———————————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anthony D. Hawks, Appellant Pro Se.  Jamie M. Bennett, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony D. Hawks appeals the district court's orders dismissing his motion to amend his 28 U.S.C.A. § 2255 (West Supp. 2000) motion and denying his motion to reconsider.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we deny Hawks' motion to proceed on appeal in forma pauperis, deny a certificate of appealability and dismiss the appeals on the reasoning of the district court.  United States v. Hawks, Nos. CR-94-206-S; CA-00-3386-S (D. Md. Oct. 27 & Nov. 15, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2